IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Petitioner<br><br>v.<br><br>GARY W. OWENS,<br>                Respondent. | CIVIL ACTION NO. 4:14-CV-920-A |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure Rule 41, the United States of America, Petitioner, files this Stipulation of Dismissal and would respectfully show the Court as follows:

1. On November 12, 2014, the United States of America filed a Petition to Enforce an IRS Summons, requesting that this Court conduct a hearing requiring Gary W. Owens to appear and show-cause why he should not be held in contempt for failing to comply with a lawful IRS summons. Owens appeared at a Show Cause hearing held on this 25th day of November. The hearing was continued until tomorrow, November 26, 2014.

2. Following the hearing, the parties met and Owens agreed to comply with the IRS summons served upon him on May 21, 2014. Owens has agreed to meet with IRS Revenue Officer Charlotte Mackey on Thursday, December 18, 2014, at 5450

Stratum Drive, Fort Worth, TX, 76137, at 10:00 a.m., and to provide documents and testimony related to the collectability of tax liability.

Accordingly, the parties request that the Court dismiss the United States' Petition to Enforce Internal Revenue Service Summons, without prejudice.

Dated: 11-25-14

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
Tami C. Parker
Assistant United States Attorney
Texas Bar Number 24003946
Burnett Plaza Suite 1700
801 Cherry Street, Unit # 4
Fort Worth, Texas 76102
Telephone: 817. 252.5200
Facsimile: 817.252.5458
Email: tami.parker@usdoj.gov

Attorneys for Petitioner

_____
GARY W. OWENS
Pro Se